THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS INC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>EARLE M. JORGENSEN COMPANY,<br><br>　　　　　　Defendant. | CASE NO. C17-0710-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The plaintiff has filed a notice of voluntary dismissal (Dkt. No. 5). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 5th day of June 2017.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER C17-0710-JCC
PAGE - 1